Walter Hamilton SAWYERS,
Appellant,

v.

UNITED STATES of America,
Appellee.

No. 12004.

United States Court of Appeals
Sixth Circuit.

April 14, 1954.

John C. Crawford, Jr., Knoxville, Tenn., for appellee.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record and the briefs of the parties, and it appearing that appellant was convicted by a jury of a violation of Title 18 U.S.C.A. § 2311 et seq., known as the Dyer Act, and there appearing no reversible error in the conduct of the trial or in the verdict of the jury, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.

■
TENNESSEE CENTRAL RAILWAY
COMPANY, Appellant,

v.

Newton E. BROWN, Appellee.

No. 11947.

United States Court of Appeals
Sixth Circuit.

April 21, 1954.

Martin & Cochran, Nashville, Tenn., for appellant.

Ward Hudgins, Nashville, Tenn., J. Donald Dinning, Louisville, Ky., for appellee.

Before ALLEN, Circuit Judge, and GOURLEY and STARR, District Judges.

PER CURIAM.

Judgment was entered on jury verdict for appellee, and the Railway Company appeals from the District Court's denial of its motion for judgment notwithstanding the verdict or, in the alternative, for a new trial.

Upon consideration of the record, briefs, and oral arguments, we find no error in the charge of the court, and we find there was substantial evidence supporting the jury's verdict. Wherefore, the judgment is affirmed.